**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Ernest Ray Koonce, Relator

Appellate case number:     01-15-00440-CV & 01-15-00228-CV

Trial court case number:    2010-64752

Trial court:               127th Judicial District Court of Harris County

On July 28, 2015, this Court's Order directed relator, Ernest Ray Koonce, among other things, to file his reply to the response to his mandamus petition in 01-15-00440-CV filed by real party in interest, Wells Fargo, with his response to Wells Fargo's motion to dismiss in 01-15-00228-CV, if any, within 30 days of that Order. On September 8, 2015, relator filed an opposed "Motion for Extension of Time in Which to File a Brief and/or Reply Brief and Reply for Writ of Mandamus," seeking clarification if an actual brief or reply brief is due, and then to grant him an extension.

However, on September 8, 2015, relator also filed a "Supplemental Petition for Writ of Mandamus" in 01-15-00440-CV. On October 23, 2015, Wells Fargo filed a "Motion to Strike Relator's Supplemental Petition for Writ of Mandamus," contending that the Supplemental Petition should be stricken because numerous issues in that petition and documents attached to that record were not raised or presented in the trial court. In the alternative, Wells Fargo requests leave to file a response to the Supplemental Petition.

Accordingly, because relator is *pro se*, Wells Fargo's motion to strike is **denied**, but its alternative motion for leave to file a response is **granted**. The Court requests a response to the Supplemental Petition by Wells Fargo. *See* TEX. R. APP. P. 52.8(b)(1). Any response must be filed within **20 days** of the date of this order. *See id.* at 2, 52.4.

Finally, relator's motion for extension of time is **dismissed as moot** because his reply to Wells Fargo's response to his Supplemental Petition, combined with his response to the motion to dismiss in 01-15-00228-CV, if any, must be filed within **20 days** of the filing of Wells Fargo's response. *See* TEX. R. APP. P. 2, 38.6(c), 52.5.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                           ☒ Acting individually    ☐ Acting for the Court
Date: November 3, 2015